IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RON NICHOLS, ET AL.                                                          PLAINTIFFS

Case Number: **3:03CV00169 GH**

AMERICAN CYANAMID COMPANY, ET AL.                             DEFENDANTS

**ORDER**

Pending before the Court is defendants' motion to compel discovery. Defendants contend that plaintiffs have failed to fully respond to discovery requests, despite the Court's order directing them to do so. Plaintiffs contend that they have responded, with the exception of the production of the income tax returns of plaintiff Freeda Parrent and plaintiff Vance Lee. Defendant refutes that and states that discovery not provided includes the income tax returns of all plaintiffs. Defendant further asserts that Parrent and Lee have waived any objection to providing tax information, and that any objections to providing the information is without merit.

It appears that plaintiffs have not provided tax returns for all plaintiffs,. The Court agrees that tax information, including that of Parrent and Lee, is relevant as to the amount of damages claimed by plaintiffs. Therefore, plaintiffs are directed to provide the tax information requested within thirty days of the date of this Order.

Accordingly, the motion to compel is granted.

IT IS SO ORDERED this  7th  day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE
for Judge George Howard