IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RON NICHOLS, et al.                                                                        PLAINTIFF

VS.                                            3:03cv169 JFF

AMERICAN CYANAMID COMPANY, et al.                                      DEFENDANT

## ORDER

The Clerk is directed to delete the last page of Exhibit #1 to Document #110 which was inadvertently attached to the PDF file upon oral request from plaintiffs' attorney.

IT IS SO ORDERED this 4th day of September 2007.

                                                  /s/ John F. Forster, Jr.
                                                    U. S. Magistrate Judge